IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JUDITH A. ROBERTS, *et al.*, <br><br> Defendants. | Civil Action No.: 1:19-cv-10588-GAO <br><br> Judge George A. O'Toole, Jr. |

**FINAL JUDGMENT**

Plaintiffs, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and Orlans PC; and Defendants, Santander Bank, N.A. and the United States (collectively, "the parties"), submitted an Agreement for Entry of Final Judgment, stipulating to the priority of the parties and their entitlement to payments of the net proceeds from the sale of 96 Garrison Road, Chelmsford, Massachusetts ("Property"), which proceeds amount to $32,835.46, plus any accumulations thereon ("Surplus Funds").

Upon stipulation of the parties, the Court hereby ORDERS that the Surplus Funds shall be disbursed in the following priority and amount:

1.      Santander Bank, N.A., formerly known as Sovereign Bank, is entitled to the payment of $15,436.33 of the net proceeds from the sale of the Property in full satisfaction of its valid home equity line of credit mortgage on the Property, which was recorded on July 22, 2004 in the Middlesex County Registry of Deeds in Book 17620, at Page 36.

2.      Orlans PC, as counsel for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, is entitled to a payment of $1,000.00 of the net proceeds from the sale of the Property for payment of filing costs and attorney's fees.

3.	The United States is entitled to all remaining Surplus Funds in partial satisfaction of Judith A. Roberts's federal income tax liabilities for tax years 2009 and 2010. The Internal Revenue Service made a valid assessment of Roberts's 2009 federal income tax liabilities on August 20, 2012, and a valid assessment of Roberts's 2010 federal income tax liabilities on December 16, 2013.  Those assessments created a valid and subsisting lien on the Property.  *See* 26 U.S.C. § 6321.  The balance due for Roberts's 2009 and 2010 federal income tax liabilities is $29,117.95 as of June 3, 2019.

4.	Defendant Judith A. Roberts, having failed to plead or otherwise defend this action, and her default having been entered, and upon application of Plaintiffs, Fed. R. Civ. P. 55(b)(2) judgment is entered against Judith A. Roberts.  Accordingly, it is ORDERED, ADJUDGED, and DECREED that Judith A. Roberts has no rights, titles, claims, or interests to the Surplus Funds upon which Santander Bank, N.A., and the United States seek to enforce their liens in this action.

It is so ordered.

Dated:    07/10/2020

/s/ George A. O'Toole, Jr._____
Senior United States District Judge